AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| Vernia Louise Ritter Rivers, Registered Nurse, <br> *Plaintiff* <br> v. <br> Shirley Bannister, RN Nurse Executive; <br> Constance Tucker, RN Acting Director of Nursing, <br> *Defendants* | ) <br> ) <br> ) <br> ) <br> ) <br> ) | Civil Action No.  3:11-194-MBS |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: the plaintiff, Vernia Louise Ritter Rivers, Registered Nurse, take nothing of the defendants, Shirley Bannister, RN Nurse Executive and Constance Tucker, RN Acting Director of Nursing and this case is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

■ decided by the Honorable Margaret B. Seymour, United States District Judge presiding. The issues having been reviewed by the Honorable Paige J. Gossett, United States Magistrate Judge, who recommended in her Report and Recommendation that this case be dismissed.

*CLERK OF COURT*

Date: February 13, 2012

s/Angie Snipes

*Signature of Clerk or Deputy Clerk*